UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DAVID HARVILLE | Case No.  1:20-cr-10263-PBS-2 |

**DEFENDANT'S ASSENTED-TO MOTION TO FILE UNDER SEAL SELECT DOCUMENTS IN SUPPRT OF DEFENDANT'S FORTHCOMING MOTION TO COMPEL GOVERNMENT TO SUPPLEMENT DISCOVERY**

NOW COMES defendant David Harville ("Defendant"), through his undersigned counsel, and respectfully moves this Honorable Court for leave to file under seal select documents in support of Defendant's forthcoming motion to compel discovery.

In support of the within motion, Defendant submits that select documents that will be attached to the forthcoming *Defendant David Harville's Motion To Compel Government To Supplement Discovery And Request For Hearing* are among those documents the Government has previously produced to Defendant, and are subject to the *Protective Order* entered by this Court on December 16, 2020 (Document No. 44).

The undersigned counsel conferred by telephone with AUSA Seth Kosto on August 13, 2021, and the Government assents to the within motion to seal given the pending aforementioned *Protective Order*.

**WHEREFORE,** Defendant respectfully requests this Honorable Court grant leave to file those documents in support of Defendant's forthcoming motion to compel discovery that are subject to the *Protective Order* under seal.

1

Dated: August 13, 2021                                    Respectfully submitted,

**DEFENDANT DAVID HARVILLE**

By his attorneys,

 /s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire
BBO# 659703
**GELB & GELB LLP**
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915
Telephone (617) 345-0010
Facsimile (617) 345-0009
dgelb@gelbgelb.com


Jonathan D. McDougall, Esquire
**THE LAW OFFICE OF
JONATHAN D. MCDOUGALL**
1640 Laurel Street
San Carlos, CA 94070
Tel. (650) 594-4200
Fax (650) 594-4205
jmcdougall.law@gmail.com
***(appearing pro hac vice)***


CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 13, 2021 this document was electronically filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system, which will send a notice of electronic filing (NEF) to all registered participants in the above-captioned action.

 /s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire