UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DAVID HARVILLE | Case No. 1:20-cr-10263-PBS-2 |

### DEFENDANT DAVID HARVILLE'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR DEFEDNANTS TO FILE OBJECTION TO MEMORANDUM AND ORDER ON MOTIONS TO COMPEL DISCOVERY

NOW COMES defendant David Harville (hereinafter, "Harville") in the above-captioned matter pursuant to Fed. R. Crim. P. 59(a) and respectfully moves this Honorable Court to extend the deadline to December 31, 2021 for the defendants to file an objection to *Memorandum And Order Re: Defendant David Harville's Motion To Compel Discovery (Docket Entry # 73); Defendant Jim Baugh's Motion To Compel Discovery (Docket Entry # 77)* (herein, "Order"). See Document No. 122.

The undersigned counsel for Harville submits the following in support of the within motion:

1. The Court (Bowler, U.S.M.J.) issued the Order on December 1, 2021, and therefore, under Fed. R. Crim P. 59(a), any objection(s) shall be filed within fourteen (14) days, unless otherwise ordered by the Court.

2. Counsel for both defendants are reviewing the Order to determine if an objection will be filed under Fed. R. Crim. P. 56(a), and if so, the scope of the objection, and whether the defendants will file a joint objection in the interests of judicial economy.

3. If the Court allows the extension of time sought herein, defendants assent to the Government having until January 14, 2022 to file any response to the objection(s).

1