# EXHIBIT A-1

September 22, 2022

The Honorable Patti B. Saris
United States District Court
United States Courthouse
One Courthouse Way
Boston, MA 02210

Dear Judge Saris,

Thank you for taking the time to read this letter.  I pled guilty in this case because I am guilty.  I fully accept responsibility for my actions.  I am embarrassed and disgraced by my conduct and know that I have no one to blame but myself. When it was all on the line, I exhibited terrible judgment and a lack of integrity.

I am deeply sorry that I participated in activities that caused such harm and distress to Ina and David Steiner.  Time and separation from eBay have allowed me to have a better perspective.  Reading the discovery materials, I cannot fathom the range of emotions and fear that the Steiner's experienced. Being of similar age to the Steiners, fear and anger would have been my most prominent emotions.  The bottom line is that I should have asked more questions, demanded more information, and ultimately refused to participate, even if that meant I would be terminated or forced to resign.  That would have been the right, honorable thing to do.  Instead, I took the easy path and willingly and knowingly went along with my part in the campaign.

The past three years have been the most humbling and impactful time of my entire life.  My chosen profession of security has ended with my reputation and credibility completely decimated.  In my personal life, I have also been embarrassed and ashamed.  Sometimes it's hard to look in the mirror.  My parents taught me at a young age that every decision has consequences.  They taught me that while we are human and prone to mistakes and lapses in judgement, we must always accept responsibility for our actions.  I joined the Army at the age of 18 and since then, I have proudly embraced what it means to be an American.  Honor, Respect, Pride, and Teamwork were personal values that I embraced.  Throughout my journey in the Army and

subsequent life as a civilian, I tried to mentor others to see the value of these important character traits.

When I enlisted in the Army, I did so because I wanted to serve this Nation.  It was a childhood dream that I was fortunate enough to make a reality through hard work and dedication.  After finishing basic training, I was immediately called into active duty for Desert Storm/Desert Shield.  This time of my life shaped my future and motivated me to pursue the military as a career path. Following the completion of college and the ROTC program, I reentered active duty as a commissioned officer to lead and positively impact the soldiers that followed me.  When I reached the level where my military career path would naturally shift to a more administrative focus, I decided to leave and enter the private sector.  My initial job was working with the Department of Justice, Office for Domestic Preparedness as a subject matter expert on Weapons of Mass Destruction.  In this role I traveled the United States and its territories to work with various federal agencies on these initiatives. Those travels also brought me to Boston where we helped shape security programs for a vast range of potential terrorist targets that included federal buildings, public venues, and high-profile events.  After 9/11, I shifted my focus to private security and assisting private companies in preparing for disasters.

Security has been my professional career choice for over 25 years and during that time I've had several personal and professional highlights that include working with the largest tech companies in the world and assisting in the security for the Super Bowl and the annual Academy Awards ceremony.  Working in security, like the military, gave me purpose, the feeling that I was doing something meaningful and important, and the feeling that I was helping society. I treasured those feelings.  I know that, through my own actions, I have thrown away the opportunity to continue in this field that I love.

One of the most ingrained principles from my time in the service was to formulate lessons learned -- that all engagements and actions regardless of their success yielded lessons to be learned.  This incident has become the single most significant event of my life and one that I have drawn many lessons learned. The most prominent lesson centers on maintaining one's moral compass and doing the right thing regardless of the consequences.

I recognize the serious nature of my role in this conspiracy.  My behavior and actions were unacceptable.  I have fully accepted that responsibility and am working hard each day to rebuild that which I have destroyed.  Through my family and faith, I have embraced the unknown path that lies before me. Following my Indictment, I left the security industry and was blessed to be hired as a warehouse associate loading boxes at an hourly wage.  I now hold the position of manager and have found balance to be both a productive member of society and my community.  I know that my life is forever changed.  But I will face the future with determination and conviction to do the right thing, and to be a productive and law-abiding member of society, for my family and my community, and so that I can once again look in the mirror and be proud of the person I am.

Sincerely,

*/s/ David Harville*

David Harville

# EXHIBIT A-2

September 9, 2022

The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA  02210

Dear Judge Saris,

My name is Heidi Harville and I have been married to David Harville for nine years.  Thank you for the opportunity to tell you about the man I know and love.

I have known David since 2007 when we worked together at Security Industry Specialist in San Jose, CA.  At that time, David was the Account Manager, and he was a great leader, mentor, and friend.  David has a strong leadership style, never condescending, knows how to communicate, and has the ability to positively influence others.  He is very good at identifying talent in others and is dedicated to helping others achieve their full potential.  I went back to school because of David and I am now enrolled at UNLV.  David understands others, is not judgmental, and is dependable, responsible, and always willing to help others.

David is committed to his family, friends, and work.  The first year of our engagement my father got severely ill.  I wanted to spend as much time as I could with him, but I didn't want my soon to be husband to feel left out so I gave David the option to end our engagement since I did not know when I would be able to commit full time to the relationship.  I told him I wouldn't be upset and would understand his decision.  David said no and during that time he stood by my side through it all.

I lived at home with my parents for the first year of our marriage and David never once complained about it or made me feel less of a wife for it.  He supported me and, when he wasn't traveling for work, he would come over and help maintain my parent's house.  He would mow the lawn, cook, and make any house repairs.  When my father would go through surgeries, David would always visit him in the hospital.  It didn't matter how busy David's schedule was; he would always make time to see my father.  It meant so much to my father to have David visit him because he knew how busy David was with work.  During that time, my father could no longer walk, and David would help my father get in and out of his wheelchair and would assist my father to the bathroom.

David never comes home in a bad mood and if he is in a bad mood, he never takes it out on me.  He is always a soft, caring, sweet, and sensitive man towards me. When we have disagreements, David always still treats me with respect and never lets an argument get out of hand.  No matter how angry and upset we are with each other, he is always kind to me.  After nine years of being married he still opens up my car door, lets me walk in the house first, holds my hand, kisses me goodnight, and, on special occasions, he orders a single red rose for the dinner table so when we walk in there is one waiting for me.  He remains the same man I met fifteen years ago.

David treats everyone with respect and dignity regardless of their station in life.  I admire this about him.  He has made me a better person through our relationship.  I want to live up to the person he is.

Thank you for considering this letter.

Heidi Harville

# EXHIBIT A-3

September 12, 2022

The Honorable Patti B. Saris
United States District Court Judge
United States Courthouse
Boston, MA  02210

RE: David Harville

Dear Judge Saris,

I have known David Harville as a good friend and mentor for over 15 years. My name is Deserie Presley and I am a Senior Talent Acquisition Specialist for a Publicly Held company called Teknova. Dave has always been a solid person with a strong moral compass and high integrity. It is for this reason that it was without a question that I would write a letter of reference for Mr. David Harville.

David has always been an upright character and, for as long as I have known him, he has had a positive impact in my life. In our friendship, he has really been there for my husband and I, especially when my husband and I got married. David has been there through some pivotal moments in our lives. He made it a point to be there and show a significant amount of support during this huge life event. It was David who was a source of camaraderie for both my husband and me. He has been a truly good friend over the years.

In addition to our friendship, David as I know him is an upstanding mentor and truly makes a positive mark with anyone he comes across, always willing to offer a helping hand. David is always trying to make people smile and laugh. David is always willing to give advice and truly shows he cares about people. I have grown to admire David for his great work ethic and how he approaches life. My husband and I have had success in our careers because of David's mentorship and advice. David's loyalty, work ethic, strong sense of family, friendship, and moral compass has earned my respect. David has always shown great emotional intelligence and is typically the role model in our relationship.

It is my sincere hope that this letter is taken into consideration. I strongly believe David Harville to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,
Deserie Presley

# EXHIBIT A-4

September 12, 2022

The Honorable Judge Saris
United States Courthouse
One Courthouse Way
Boston, MA  02210

Dear Judge Saris,

       I have had the privilege of knowing David Harville for over seven years. I lived in Boston when I began working for a company in which Mr. Harville was Vice President of Operations. During my 20 months of deployment management, Mr. Harville made several visits to Boston from the west coast to visit my site and often spent time with me to discuss company culture and expectations. His initial visit was to provide a leadership workshop to me and my leadership team. Then, upon my request, he would gladly make time for my subordinate leaders on several occasions to conduct more leadership workshops. His focus on loyalty and respect made an impact with the many employees that I worked with.

       He connected with me on a personal level by talking and sharing stories about his family and asking about mine. We had a connection because of our times spent in Louisiana. In the years that I've known David, he has exhibited an ethic of hard work, loyalty, kindness, and understanding. After he left his position with our company, he continued to give me guidance and support. He has made a powerful impact on my career and outlook on life.

       Thank you for your time and consideration.


Best,


Linh Nguyen

# EXHIBIT A-5



**JOHN EVERSOLE**
EXECUTIVE VICE PRESIDENT & CHIEF SECURITY OFFICER
MADISON SQUARE GARDEN ENTERTAINMENT

To the Honorable Judge Patti B Saris, US District Courts


Your Honor, my name is John C. Eversole and I am providing this reference letter on behalf of David Harville for consideration upon the matter brought before your court and currently under your review.


For background, I am a combat veteran who served as an Active Duty US Marine and US Army Reservist.  During my tenure with both military services, I served in the capacity as a Special Agent with the Naval Criminal Investigative Service and later with Army Criminal Investigation Division, working both criminal investigative and counterintelligence investigations. I have now retired from the US Army Reserves as of 1 Sep 2022.  I am currently employed as the Executive Vice President and Chief Security Officer at the Madison Square Garden Entertainment company wherein I have overall responsibility for both publicly traded companies (MSGE and MSGS) for all matter of security (physical and cyber) as well as the compliance, aviation and travel programs.


I have known David Harville for over a decade and was the manager responsible for hiring him as the Vice President of Security for TAO Hospitality (a majority owned company by MSG).  I directly supervised David while he was under employment and found him to be a man of extreme integrity and with the highest moral standards. I consider David a friend as well having had the pleasure of interacting with David on a very regular non work basis. In his personal life, David is a devout man of the church and a devoted family man.  Regardless of if it were a personal or business interaction, David was a man that cared for his friends, his peers and his employees in a way that is truly unique in the world we all operate in today.  As an Officer in the US Army, David served his country with distinction, protecting this nation and her allies from the true evil that threatens the very notion of our great Republic.


As a security professional I was shocked to learn of the actions and the intent of the eBay security team - the actions under your courts review are truly disturbing.  The actions are damaging to our entire security and threat management ecosystem. I am fully aware of the concern this sort of action can cause to the victims and the community at large when a large corporation can use its resources to bully anyone who disagrees with them.


Judge Saris, I would ask you to consider the extreme impact this has had on David and his family. David was a rising star in our organization and our community, but has had his entire life stripped away from him over the past two years while this matter has been under consideration.  His professional and personal life were torn apart in a way that can never be repaired. In short, he lost everything. EVERYTHING.  His profession, any savings he might have had, his reputation, and his future.  His limited involvement in this large conspiracy concocted by his manager and the eBay's executive

leadership team cost David everything. I have been on the Law Enforcement side of these cases many times and know it is just one of many you are working at a time, as it is one of many currently under your review, however to David it was his entire life, his integrity, his family, his reputation – his world damaged or destroyed beyond repair.  I would humbly ask that the court consider the enhanced hardship, suffering, and irreversible loss David has experienced due to this matter. While I agree with the US Government, the State of Massachusetts and the victims that these actions are despicable and unacceptable, I would also ask that you consider all that my friend David has had to endure during the two years this case has been under review and issue a sentence that has taken this into account.


Thank you sincerely for your time and consideration your Honor.



Respectfully,

John C. Eversole

THE MADISON SQUARE GARDEN COMPANY

TWO PENNSYLVANIA PLAZA, NEW YORK, NY 10121-0091

TEL 212-465-4434 | eversole@msg.com

# EXHIBIT A-6

9/14/2022

The Honorable Patti B. Saris

Dear Judge Saris,

My name is Laura Ortiz and this is a reference letter for David Harville. There are many good qualities in Dave that I want to mention. However, I am sure that there are other people who are going to share the same qualities and so I want to be precise so as to not sound redundant in hopes that my words will have an impact and meaningful outcome.

I first met Mr. Harville about 12 years ago and through our first encounter I realized there was a gentle and caring feeling his presence emitted. We met at a mutual friend's family gathering. He was very respectful to the culture and customs he was faced with. It was a Christmas party and the family hosting it had a cultural tradition where all the men had a particular job while the women were preparing food for the guests. Men had the responsibility to tend to the guests and children. There Dave jumped right in and began to put his services (extra hands) to help get things organized and help tend to the children.

As you can imagine it is not easy for a would be stranger to offer up help to an already family tradition. It is a very humbling and caring experience. I would say Dave or anyone else for that matter would have to set aside all cultural norms and begin to push his comfortability to the wayside. It takes an extreme amount of love and compassion to try to keep up with the functionality of an already set in place motion of a Christmas event while dealing with the obstacle of language and decorum.

It was here that he tried time and time again to communicate with the elderly (men and women) while tending to their emotional and physical needs, by providing them with limited talk and feeding them. This put a smile on the elderly ones and seemed to lift their spirits. Just as the mood lightened with the elderly the young children began to gravitate to Dave as well. Dave brought a light and loving mood at which I am sure few men would ever put themselves out there to a preexisting family tradition.

In closing, Dave Harville is forever in my mind because of his emission of love, care and tenderness towards the elderly and children at my first encounter with him.  I know and have seen that those virtues and heartfelt characteristics that I saw during that first encounter are the true person that Dave is. My family love him and he is a friend we see as part of our family.

Respectfully,

Laura Ortiz

EXHIBIT A-7

9/19/2022

Michael Bailey
11 Aaln court
Farmingdale, NY, 11735

The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA  02210

      Re:    David Harville

Dear Judge Saris,

      It is my honor to write this letter to attest to the character of Dave Harville.  I have known Dave for approximately (3) years as we worked together in a corporate setting. During that time, I observed that Dave had a very strong work ethic and was constantly assisting people, but most importantly helping people because he genuinely cared about their well-being. He was empathetic towards people and took ownership of making sure that at the end of his dealings with people they were in a better place than before they met him. Dave dealt with many situations where people were impacted adversely in one manner or another and Dave always made a genuine approach to the person and did his best to make sure that they he took care of and helped them even after the crisis was over. I viewed this as a true barometer of his character because he took care of people above and beyond because he genuinely cared about people.

      There were times where we would discuss matters at work and Dave was always cognizant of how his actions would affect people and what we could do to help people. Dave dealt with many crises and his first thought was always the person who was the victim and what he could do to help that person. He would go out of his way because he had empathy for anyone who was a victim. He had very deep-rooted integrity towards how things should be handled, and that people need to take ownership of their actions which I found to be an outstanding quality. As a practitioner of martial arts this concept is instilled in our training, to be aware of our actions and how they affect others and to take ownership of those actions. This was a standard principle in Dave. He had integrity and held himself accountable to the highest standards.

Lastly, though I mostly only dealt with Dave in a work setting, the few times we were out socially he was always a true gentleman. The small mannerisms such as how he spoke to people, opening a door for someone, or just small acts of kindness, defined Dave to me. He was passionate about Veterans, showed good moral values, and would always offer kindhearted assistance if I ever asked. Dave is still the type of friend that calls just to see how I am feeling and how the family is doing and truly listens and cares about my answers.

Sincerely,

Michael Bailey

# EXHIBIT A-8

September 15, 2022

To:  The Honorable Patti B. Saris

Subject: Character reference letter for Mr. David Harville

I, Michael A. Thompson am writing this letter to you to provide a character reference for Mr. David (Dave) Harville, who I have known as a friend, confidant, and as a former colleague for over 30 years. I provide this reference in partial knowledge of a potential day in court for Mr. Harville. I am currently a fulltime federal employee for the Department of Homeland Security (DHS) and perform the primary duties of an Instructor and Certified Professional Coach within the agency.

I first met Mr. Harville in 1992 at Louisiana State University (LSU) during my tenure as a Sophomore and Senior Reserve Officer Training Corps Cadet. Dave was a fellow Cadet, a full-time student, and an Enlisted Soldier in the Louisiana National Guard. Over the next 3 years of college, we would grow close as friends, peers, and fellow cadet/ military fraternity members.

Upon completion of our Undergraduate studies and subsequent graduation from LSU (circa 1995); we were both commissioned on Active Duty as U.S. Army Second Lieutenants assigned to the Military Police (MP) Corps. This began our journey in Federal Law Enforcement at Fort McClellan, Alabama during the Officer Basic Course. Upon completion of the basic course, we were both assigned as Platoon Leaders to Fort Hood, Texas to the 89th MP Brigade, 720th MP Battalion. As a Platoon Leader, Dave and I had the responsibilities of leading, training, and caring for roughly 32 Military Police Soldiers. During this timeframe we both had the opportunity to hone our management and leadership skillsets and also led advance level law enforcement elements on the military base. I went on to serve with Dave at Fort Hood, TX until circa 1999 at which time, I departed for the Advance Course and Dave remained in Texas and was promoted to the rank of Captain in the U.S. Army.

Mr. Harville and I remained in close contact over the years and continued our friendship and brotherly like support of one another. Our families continued to remain close as well. I can say with total confidence that few people have contributed to this Nation in a way that Mr. Harville has. I served over 20 years on Active Duty and as a Federal Employee for 27 years; and I can tell you that I have met very few men or women who possess the capabilities, intellect, ambition, and selfless service to this Nation as Dave Harville. Mr. Harville is a kind, reserved, polite gentleman and I have never seen him go outside of the law. Mr. Harville is a man of great integrity, character, and compassion, and cares deeply about doing the right thing and helping others and this Nation.

Best regards,

Michael A. Thompson, CPC

LTC (Ret), USA

(910) 916-3152

# EXHIBIT A-9

September 13, 2022


The Honorable Patti B. Saris
United States Courthouse
One Courthouse Way
Boston, MA  02210

Dear Judge Saris,


Dave Harville is married to my youngest sister, Heidi Harville. They have been married for years. I think he is absolutely wonderful, and I am happy about their marriage. I think Dave is an outstanding person, trustworthy and hard working. I am happy he is part of our family.

Dave has worked with the police department, in the military, and in security services. He is well rounded in many subjects and is well educated. I tend to ask him for advice or to assist me with his knowledge. He gave my son advice on steps in the military. He has always shown our family that he is a man of great character.

Dave asked my dad for my sister's hand in marriage. That is the type of person he is. He respected our old traditions. My dad really liked him. My dad was a pastor and was a very good judge of character. If you knew me, you would know that I do not trust anyone with my children. I guard them will all that I am. But I feel comfortable leaving my kids with Dave.

Dave is a hardworking man. He is always doing projects around his house. He has always been a working man.

In summary, I think Dave is a wonderful man and I am very glad that he is part of our family.

Sincerely,

Merari Contreras.
Meraricontreras702@yahoo.com

# EXHIBIT A-10

September 15, 2022

**Re: DAVID HARVILLE**

Dear Judge Saris:

My name is Jerry Tidwell. My professional background includes positions as an Assistant Chief with the California Highway Patrol; the Director of The Risk Management Office of the San Francisco Police Department; and the Vice President of the Operations Division at a major international security services provider. I am also a member of the California Bar.

I met David Harville in his position as a vice president at the major international security services company in August 2011. I reported directly to him until he left that company in Summer 2017. I have also had and maintained a personal relationship with him since we met.

There are many personal inter-connected attributes that are worthy of consideration regarding Dave. The follow qualities, with supporting examples, will illustrate my opinions and experiences.

Dave has always shown compassion for others. In his role as the head of physical security operations, he had many occasions to interact with clients and always considered not only their professional responsibilities and how he could assist in those, but also their personal views and needs. In other words, he was able to establish personal relationships and worked diligently to ensure that their worries and burdens were understood and addressed.

The same attribute held true when dealing with hundreds of subordinates. His compassion was always on display when business demands called for downsizing of staff. He made sure that the process of employee release was transparent, included as much paid work time and severance as possible, and that help in obtaining new employment was immediate and supportive. Similarly, in matters of employee misconduct, he was always considerate in making disciplinary accountability decisions of the motivation or thought process of the employee; as he said many times, differentiate in such matters between 'violations of the heart and not of the head'.

His humility in interactions with others was always present. Whether dealing with clients or employees, he was thoughtful of their perspectives and tried to understand their motivations; we frequently discussed keeping a human perspective while carrying out executive duties and the imperative importance of being humble about our roles. He taught an internal leadership course for years, with the pronounced focus of 'being a servant to your employees and our clients' and 'to never forget what is truly important and that is not your ego' to the budding company leaders. These and other tangible leadership skills had a multi-generational benefit on organizational leadership.

In all the time that I have known David, his work ethic has been second to none. His focus on task accomplishment, understanding the goals, and learning and applying skill sets to job responsibilities and duties has been simply outstanding. He would frequently assume or be assigned things outside his position such as high-profile Requests for Proposals, creating a comprehensive leadership handbook, or traveling to various points in the Western Hemisphere at the last minute to meet client or employee needs. These accomplishments were related to his drive to perform at the highest levels. In addition, we have frequently discussed this work ethic in relationship to his completing Reserve Officer Training Corps (ROTC), being an officer in the Army, gaining promotion and specialty skills and then becoming active in leadership roles in the post-9/11 world of security.

Throughout our relationship, among the other attributes cited herein, one thing that has always struck me about Dave is the trust that one can place in him. In the professional security world where knowledge of trade secrets can go the very core of business existence, trust is a prime requisite. On numerous occasions, he was entrusted by clients with various secrets and confidences; he never once violated that faith and those confidences. Similarly, in private communications and personal relationships, he was ever faithful and constant in holding secret personal confidences and information . Anyone who spent any time around him at all knew and could place faith in the fact that Dave Harville could and can be trusted.

Sincerely,

Jerry Tidwell

EXHIBIT A-11

9/19/2022

The Honorable Patti B. Saris
United States Courthouse
One Courthouse Way
Boston, MA  02210

Dear Judge Saris,

Your Honor, my name is My Nguyen, and I would like you to consider this letter in your judgement of Mr. David Harville.

I am employed as the IT Director for Merle Norman Cosmetics. Prior to this role, I worked at the following companies below and attended the University of Southern California majoring in Business Administration.

- Senior Manger of IT at Security Industry Specialists
- IT Systems Engineer at Computer Smarts

I met David back in 2011 at the age of 26 when I started in IT at Security Industry Specialists servicing 7 offices within the US and Brazil locations. At that time David was the Vice President of Operations managing multiple high-profile accounts and logistics. I had the pleasure of witnessing David's ability to overcome any situation professionally, and his honesty and personal relationships with his subordinates.

During my tenure, I approached David to mentor, and provide feedback and recommendations for me to grow within the organization. Spending countless hours working on projects with David and following his guidance, I was promoted to Senior Manager of IT where I continue to grow to this day and have maintained a personal relationship with him.

On July 16, 2022, my wife and I had the chance to visit David and Heidi for dinner. After speaking with David and seeing the hardship and humility he has gone through, your Honor, I ask you to take into consideration the changes that have occurred in his life and offer any leniency that the law permits.

- David is unable to find work where his true skill sets, and talents can be utilized.
- His ability to provide for his wife Heidi and family has been compromised.
- The daily stress of this case has negatively impacted him tremendously.

Thank you, your Honor for your time and service.

Respectfully,

My Nguyen

# EXHIBIT A-12

9/16/2022

The Honorable Patti B. Saris
United States Courthouse
Boston, MA  02210

Dear Judge Saris,

Your Honor, my name is Ryan DuPre and I respectfully request consideration of this letter in your sentencing of David Harville.

I am a Marine Corps combat veteran and am employed as a Senior Vice President at the Madison Square Garden Entertainment company. Prior to this role, I served as a:

- Vice President at Cyxtera Enterprises,
- Director at Symantec Incorporated,
- Strategy Officer in support of the Assistant Director for Counterintelligence at the FBI, and
- Special Agent/Criminal Investigator with the United States Marine Corps.

In addition to my employment, I've served my community as a Guardian Ad Litem and as a Freemason.

I met David Harville in 2020, while in my current employment. We collaborated on several projects to prevent human and drug trafficking at Madison Square Garden properties. Additionally, we worked to tighten controls required to maintain liquor licenses, prevent underage drinking, and suppress criminal activities in the vicinity of our venues. I found David to be professional, competent, honest, and hard working. He was fair with co-workers, sober in his decision making, and focused on improving the standards of those around him. He was/is a devoted husband, wore his Christianity on his sleeve, and backed it up with action in how he conducted himself.

I was/am distressed to learn of the activities conducted by the eBay security team. Security practitioners exist to safeguard people and property, not to cause fear and intimidation. I do not condone the actions recorded in the press and your courtroom relating to this matter. Additionally, I sympathize with the victims and hope this proceeding has given them respite from the mental stress and harm they endured.

Your Honor, with the balance of this letter, I list the penalties David has already incurred for his involvement in this matter and most respectfully request you consider these costs as you assess justice for all involved parties. To my knowledge, David has been humbled in the following ways:

1. David went from being a Vice President earning an executive six-figure salary to working the only job which would hire him, an hourly position at a warehouse.
2. David, and his wife Heidi, lost their home in New York city and were forced to move across the country into the basement of their relatives.
3. David, and his wife Heidi, have been ridiculed and ostracized by former colleagues and friends.
4. David incurred thousands in legal expenses resulting in a depletion of savings and retirement accounts.
5. David spent two years of his life living with uncertainty, fear, and stress while awaiting trial.

In summary, David has been reset to zero and will be forced to start his life over again. Lesser men have ended their lives over less. Yet in conversations with David, he still maintains hope that once this is behind him, he will be able to rebuild and work to become a productive member of society.

Your Honor, if the merits of this case permit leniency, please offer this mercy to David Harville in the name of justice. It is my sincere belief society would be well served through this course of action. Thank you for your service, time, and consideration.

Sincerely,

Ryan J. DuPre

EXHIBIT A-13

September 20, 2022

Dear Judge Saris,

David Harville is a dear friend of mine whom I have known for 20 years. We met in 2002 while David was residing in New York City over a common interest in photography. We immediately got along and quickly developed a close and trusting relationship. We have done photography assignments together up until 2007 when he moved to California due to work. His character and wherewithal always showed boldly with integrity and consistency.

After his move to the West Coast, we have remained in constant communication, and we would get to spend time together when he was required to travel back to NY or if I were in California visiting family. As a close friend of David, I can say with confidence that he has always been an individual with solid morals and disposition. My immediate family, wife, and nine-year-old daughter are very fond of him. When David started employment with a Job in New York City in the beginning of 2020, we invited him to live in our home for a month, and he is someone we trust wholeheartedly with our child, and she considers him her uncle.

He never hesitated to help whenever in need. Within the past two decades, I have confided in David through the rigors of life when I was having rough times at home or work. There have been countless moments where he has patiently given me mental support and advice which I hold dear to me until this day. He is someone I can always depend on. He has also given advice to my older brother and friends that were interested in his line of work and, when he had work functions that required him to travel back to New York, he always included me when they celebrated a holiday or event.

When my sister-in-law got married, David was more than willing to spare his time and expense to travel and help me with the photoshoot. I was honored when David also asked me to be his best man at his wedding.

I would also like to add that David is a veteran of the United States armed forces for over a decade. His commitment as a friend and confidant is extraordinary not only to me but also to this country. His dedication to his craft and work has many a time inspired me to do better myself. I consider David Harville family.


Sincerely,

Shelby Chan
Email: shelbysc@gmail.com
Tel: 917-535-0195